■ Matter of JOHN COLITZ, JR., for Reinstatement to the Practice of Law in the State of New York. [836 NYS2d 445]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed May 23, 2007.)

■ In the Matter of MELVIN G. SHAPIRO, an Attorney, Resignor. [836 NYS2d 445]—Resignation accepted and name stricken from roll of attorneys. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SWEET, Appellant. [836 NYS2d 482]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lunn, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE STROMAN, Appellant. [836 NYS2d 482]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH L. BAKER, Appellant. [836 NYS2d 482]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lunn and Pine, JJ.

■ In the Matter of the Estate of THOMAS A. DANE, Deceased. MARGUERITE L. DANE-FISHER, Petitioner; THOMAS M. DANE, Respondent. LYNNE M. LONSDALE, Appellant. [836 NYS2d 482]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Gorski and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [836 NYS2d 482]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Centra and Green, JJ.

■ ANNETTE J. KISH, as Administrator De Bonis Non of the Estate of JAMES J. JERGE, Deceased, Appellant, v DAVID H. GRAHAM, M.D., et al., Respondents. [836 NYS2d 481]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Hurlbutt, Gorski, Smith and Pine, JJ.